IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

BRANDON HEATH PHIPPS,               )
                                    )
v.                                  )       2:10-0021
                                    )
MICHAEL J. ASTRUE, Commissioner of Social   )
    Security.                       )

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends Plaintiff's Motion for Judgment on the Administrative Record, Document #14, be denied and the decision of the Commissioner be AFFIRMED. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #14, is **DENIED** and the decision of the Commissioner is **AFFIRMED**.

It is so **ORDERED**.


Thomas A. Wiseman, Jr.
Senior U.S. District Judge